# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

Gary Dolan

    v.                                      Civil No. 05-cv-043-JD

Sungard Securities Finance, LLC, et al.

## O R D E R

Pro se plaintiff moves to compel production of certain documents.  After review of the request and responses the court adopts defendants' objection on each item and rules as follows:

        Moot:      Nos. 19, 37, 49;

        Moot in part and otherwise irrelevant, overly broad and/or immaterial:  Nos. 31, 41 and

        Denied as overly broad, immaterial or irrelevant: Nos. 29, 30, 34, 36, 38, 39, 46 and 58.

**SO ORDERED.**

                              _James R. Muirhead_
                             James R. Muirhead
                         United States Magistrate Judge

Date: March 9, 2007

cc:  William E. Hannum, III, Esq.
      Shannon M. Lynch, Esq.
      Dyana C. Tull, Esq.
      Gary Dolan, pro se