UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Gary Dolan</u>

        v.                            Civil No. 06-cv-43-JD

<u>Sungard, et al.</u>

<u>O R D E R</u>

Upon review of the case file, the Court notes there are several pending motions, some of which may effect the scope of trial. Therefore, the filing of pretrial statements, the Final Pretrial Conference, and Trial are continued at this time and will be rescheduled, if necessary, after the Court has made its rulings.

SO ORDERED.

April 26, 2007                               <u>/s/ Joseph A. DiClerico, Jr.</u>
                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

cc:    Gary Dolan, pro se
       Dyana Tull, Esq.
       Shannon Lynch, Esq.
       William Hannum, III, Esq.